## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | ) ) ) | No. 1:17-cv-01519 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Ronald A. Guzmán |
| SPOKEO, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) | |

### AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Spokeo, Inc. ("Spokeo" or "Defendant") respectfully moves this Court for an extension of time, as set forth below, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter and in support states:

1.      On January 19, 2017, Plaintiff filed her Complaint in the above-captioned matter in the Circuit Court of Cook County, Illinois;

2.      Defendant was served with Plaintiff's Complaint on January 27, 2017;

3.      On February 27, 2017, Defendant filed a Notice of Removal, removing the case to this Court;

4.      Accordingly, pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's answer or other response is currently due on March 6, 2017;

5.      Defendant requires additional time to answer or otherwise respond to Plaintiff's Complaint;

6.      Defendant respectfully requests an additional forty-five (45) days to answer or otherwise respond to Plaintiff's Complaint, making Defendant's answer or other response due on April 20, 2017;

7.      This request is not made for the purposes of delay and will not prejudice any party;

8.      Defendant has not previously requested any extensions of time in this matter; and

9.      Plaintiff's counsel has agreed to the requested extension of time.

WHEREFORE, Defendant respectfully requests that its Agreed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be granted and that the Court enter an Order as requested above in the form of the Proposed Order attached hereto.


Dated: March 2, 2017                                    Respectfully Submitted,
                                                        SPOKEO, INC.

                                                        By: /s/ Christopher S. Comstock
                                                            John Nadolenco (*pro hac vice*
                                                            application forthcoming)
                                                            Mayer Brown LLP
                                                            350 South Grand Avenue
                                                            25th Floor
                                                            Los Angeles, California 80071
                                                            (213) 229-9500
                                                            (213) 625-0248 (facsimile)

                                                            Christopher Comstock
                                                            Mario E. Martinez
                                                            Mayer Brown LLP
                                                            71 South Wacker Drive
                                                            Chicago, Illinois 60606
                                                            (312) 782-0600
                                                            (312) 701-7711 (facsimile)
                                                            Firm I.D. 43948

                                                            Lauren Goldman
                                                            Michael Rayfield (*pro hac vice*
                                                            application forthcoming)
                                                            Mayer Brown LLP
                                                            1221 Avenue of the Americas
                                                            New York, New York 10020
                                                            (212) 506-2500
                                                            (212) 262-1910 (facsimile)

## CERTIFICATE OF SERVICE

I, Christopher Comstock, an attorney, caused a true and correct copy of the attached Agreed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint to be served on:

> Ari J. Scharg
> Benjamin H. Richman
> Edelson PC
> 350 N. LaSalle St. 13th Floor
> Chicago, Illinois 60654

via U.S. mail delivery by placing the same in the U.S. mail at 71 South Wacker Drive, Chicago, Illinois 60606, on this 2nd day of March, 2017.

> /s/ Christopher S. Comstock
> Christopher Comstock

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | ) ) ) | No. 1:17-cv-01519 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Ronald A. Guzmán |
| SPOKEO, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter coming before the Court on the Agreed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed by Defendant Spokeo, Inc., the motion is hereby **GRANTED**.  Defendant's answer or other response to Plaintiff's Complaint is due on April 20, 2017.

**SO ORDERED**


Date: _____

_____
U.S. District Court Judge
Hon. Ronald A. Guzmán