## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE VINCI, individually and on behalf of all others similarly situated, | ) ) ) | No. 1:17-cv-01519 |
| Plaintiff, | ) ) | Hon. Ronald A. Guzmán |
| v. | ) ) | |
| SPOKEO, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Counsel of Record

    PLEASE TAKE NOTICE that on Tuesday, March 7, 2017, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Ronald A. Guzmán, or any judge sitting in his stead, in Room 1801 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANT SPOKEO, INC.'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is hereby served upon you.

Dated: March 2nd, 2017

                                                                   Respectfully Submitted,
                                                                   SPOKEO, INC.

                                                                   By: /s/ Christopher S. Comstock

                                                                   Christopher Comstock
                                                                   Mario E. Martinez
                                                                   Mayer Brown LLP
                                                                   71 South Wacker Drive
                                                                   Chicago, Illinois 60606
                                                                   (312) 782-0600
                                                                   (312) 701-7711 (facsimile)
                                                                   Firm I.D. 43948

## CERTIFICATE OF SERVICE

I, Christopher Comstock, an attorney, caused a true and correct copy of the attached **Notice of Motion** to be served on:

>Ari J. Scharg
>Benjamin H. Richman
>Edelson PC
>350 N. LaSalle St. 13th Floor
>Chicago, Illinois 60654

via U.S. mail delivery by placing the same in the U.S. mail at 71 South Wacker Drive, Chicago, Illinois 60606, on this 2nd day of March, 2017.

/s/ Christopher S. Comstock
Christopher Comstock