UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Nicole Vinci
               Plaintiff,

v.                                      Case No.: 1:17–cv–01519
                                              Honorable Ronald A. Guzman

Spokeo, Inc.
               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 6, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's agreed motion for an extension of time to answer or otherwise respond to plaintiff's complaint [10] is granted. Defendant's answer or other response is due by 4/20/2017. Motion hearing set for 3/7/2017 is stricken and no appearance is required. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.